# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 9, 2021

## NO. 03-19-00599-CV

**Bannum, Inc., Appellant**

**v.**

**Eugene Mees d/b/a Encore House, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA**
**AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the district court's July 30, 2019 order dismissing this case for want of prosecution. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.